UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIKE COOPER,

    Plaintiff,

v.                                        Case No. 8:18-cv-01158-MSS-AAS

STERLING JEWLERS, INC. d/b/a
KAY JEWLERS, and GENESIS
FINANCIAL SOLUTIONS d/b/a
GENESIS FS CARD SERVICES, INC.,

    Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, Genesis FS Card Services, Inc. ("Genesis"), through undersigned counsel, hereby submits this Notice of Pending Settlement and states all parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated: March 21, 2019

                                                  Respectfully submitted,

                                                  */s/ Michael P. Schuette*
                                                  Michael P. Schuette, Esq.
                                                  Florida Bar No. 0106181
                                                  Dayle M. Van Hoose, Esq.
                                                  Florida Bar No. 0016277
                                                  Sessions, Fishman, Nathan & Israel, L.L.C.
                                                  3350 Buschwood Park Drive, Suite 195
                                                  Tampa, Florida 33618
                                                  Telephone: (813) 890-2460

>Facsimile: (877) 334-0661
>mschuette@sessions.legal
>dvanhoose@sessions.legal
>*Attorneys for Defendant,*
>*Genesis FS Card Services, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of March 2019, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

>Kaelyn Steinkraus, Esq.
>Michael A. Ziegler, Esq.
>Law Office of Michael A. Ziegler, Esq.
>2561 Nursery Road, Suite A
>Clearwater, FL 33764
>kaelyn@zieglerlawoffice.com
>mike@zieglerlawoffice.com
>*Attorneys for Plaintiff*

>Joshua Aaron Mize, Esq.
>Mize Law, PLLC
>110 Front St. Suite 300
>Jupiter, FL 33477
>jmize@mize.law
>*Attorneys for Defendant,*
>*Sterling Jewelers Inc., d/b/a Kay Jewelers*

>*/s/ Michael P. Schuette*
>Attorney