UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KIKE COOPER,**

    **Plaintiff,**

v.                                                    Case No:  8:18-cv-1158-MSS-AAS

**STERLING JEWELERS INC. d/b/a KAY JEWELERS and GENESIS FS CARD SERVICES, INC. d/b/a GENESIS FINANCIAL SOLUTIONS,**

    **Defendants.**
_____/

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**COME NOW** Plaintiff, **KIKE COOPER** ("Plaintiff") and Defendants, **STERLING JEWELERS INC. d/b/a KAY JEWELERS** and **GENESIS FS CARD SERVICES, INC. d/b/a GENESIS FINANCIAL SOLUTIONS** (collectively "Defendants"), by and through the undersigned counsel, and hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendants are hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 17th day of April, 2019.

| | | |
|---|---|---|
| */s/ Kaelyn Steinkraus* | */s/ Joshua A.  Mize* | */s/ Michael Schuette* |
| Kaelyn Steinkraus, Esq. | Joshua A. Mize, Esq. | Michael Schuette, Esq. |
| FBN: 125132 | FBN: 86163 | FBN: 0106181 |
| kaelyn@zieglerlawoffice.com | jmize@mize.law | Sessions, Fishman, Nathan & Israel, LLC |
| Michael A. Ziegler, Esq. | **Mize Law, PLLC** | 3350 Buschwood Park Drive, Ste. 195 |
| FBN: 74864 | 110 Front Street, Ste. 300 | Tampa, FL 33618 |
| mike@zieglerlawoffice.com | Jupiter, Florida 33477 | Tel; (813) 890-2640 |
| **Law Office of Michael A. Ziegler, PL** | Tel: (407) 913-6800 | *Attorneys for Genesis FS Card Services, Inc.* |
| 2561 Nursery Road, Ste. A | Fax: (407) 476-6042 | |
| Clearwater, FL 33764 | *Attorney for Sterling Jewelers, Inc.* | |
| Tel: (727) 538-4188 | | |
| Fax: (727) 362-4778 | | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April, 2019, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132