UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIKE COOPER,

    Plaintiff,

v.                                  Case No: 8:18-cv-1158-MSS-AAS

STERLING JEWELERS INC. and
GENESIS FINANCIAL SOLUTIONS,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulated Notice of Voluntary Dismissal with Prejudice, (Dkt. 29), and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain **CLOSED**.

**DONE and ORDERED** at Tampa, Florida this 25th day of April, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party